UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_7/8/2020____
```

ACCUPROBE, INC. and JAN M. ARNETT,

              Plaintiffs,

              -against-

EARTH SEARCH SCIENCES, INC., GENERAL
SYNFUELS INTERNATIONAL, INC., and
LARRY VANCE,

              Defendants.

1:18-cv-11871 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      For the reasons discussed on the record at the July 8, 2020 status conference, Plaintiffs' motion for a default judgment is DENIED.  The Clerk respectfully is requested to close the motion at ECF #34.

      The Parties further are ordered, as discussed during the status conference, to confer and submit a letter by filing on ECF and by email to VyskocilNYSDChambers@nysd.uscourts.gov discussing whether the Parties request to be referred to court-supervised mediation or for a settlement conference with a Magistrate Judge.  The letter must be filed and sent by email on or before July 15, 2020 at 4:00PM.

**SO ORDERED.**

**Date:  July 8, 2020**
       **New York, NY**

_____
            **MARY KAY VYSKOCIL**
            **United States District Judge**