| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/2/2020 |

ACCUPROBE, INC. and JAN M. ARNETT,

                Plaintiffs,

          -against-                            1:18-cv-11871 (MKV)

EARTH SEARCH SCIENCES, INC.,                  ORDER
GENERAL SYNFUELS INTERNATIONAL,
INC., and LARRY VANCE,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

On September 2, 2020, the Court granted a motion by counsel to Plaintiffs to withdraw from their representation in this action. *See* ECF #63. In the order granting withdrawal, the Court instructed Plaintiff Jan Arnett that he would either need to obtain new counsel or proceed pro se. *Id.* at 1. The Court noted that the corporate Plaintiff cannot proceed pro se. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (noting that a corporation cannot proceed pro se). Plaintiff Arnett was ordered to show cause on or before September 14, 2020 why the corporate Plaintiff, Accuprobe, Inc., should not be dismissed from this action. To date, the Court has not received anything from Mr. Arnett.

Accordingly, it is hereby ORDERED that the claims of Accuprobe, Inc. are dismissed.

**SO ORDERED.**

Date: October 2, 2020                          _____
      New York, NY                            **MARY KAY VYSKOCIL**
                                                              **United States District Judge**